IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 06-3027 ) |
| ABI INSULATION CONTRACTORS, INC., | ) ) ) ) |
| Defendant. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 7). The Court, being fully advised in the premises, finds that Defendant, ABI INSULATION CONTRACTORS, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court order an accounting of the amount owing from Defendant, ABI INSULATION CONTRACTORS,

1

INC., to the Plaintiffs for unpaid contributions for the period January 1, 2003, through current.

THEREFORE, the Plaintiffs' Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 7) is ALLOWED in part.  The Court orders Defendant, ABI INSULATION CONTRACTORS, INC., to appear and produce contribution reporting forms, and any and all payroll books and records pertinent to this action for the period from January 1, 2003, through current, at the law offices of Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois, on April 5, 2006, at 2:00 p.m.

The Court denies, without prejudice, the Plaintiffs' request for a default judgment at this time.  The Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owed for unpaid contributions and other damages and costs.

IT IS THEREFORE SO ORDERED.

ENTER:  March 20, 2006.

    FOR THE COURT:

                                                    s/ Jeanne E. Scott
                                                    JEANNE E. SCOTT
                                        UNITED STATES DISTRICT JUDGE