IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, CARPENTERS FRINGE BENEFIT FUNDS, and CARPENTERS LOCAL # 63, )))))))))) | |
| Plaintiffs, )) | |
| v. ) | No. 06-3027 |
| ) | |
| ABI INSULATION CONTRACTORS, INC., ))) | |
| Defendant. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiffs' Motion for Default Judgment (d/e 11). The Complaint has been duly filed and served upon Defendant, ABI INSULATION CONTRACTORS, INC., and Defendant has failed to answer or otherwise plead within the statutory time frame. The Court has further reviewed the pleadings, the Motion and supporting

1

documents, and has determined that the Motion should be allowed.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 11) is ALLOWED. A Default Judgment is hereby entered in favor of Plaintiffs and against Defendant, ABI INSULATION CONTRACTORS, INC., as follows:

    A.    Judgment is entered in favor of Plaintiffs and against Defendant for audit liability due and owing in the amount of $3,250.73 for the period of February 1, 2004, through December 31, 2005, plus interest in the amount of $157.70; and further, any unpaid contributions and liquidated damages unpaid as of the date of this Judgment.

    B    Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs any required contribution reports and payments for any additional months in which contributions as of the date of this Judgment, have not been remitted to the Plaintiffs;

    C.    Defendant is ordered to pay to the Plaintiffs their attorney fees in the amount of $2,601.00, as provided by ERISA, 29 U.S.C. § 1132(g)(2);

    D.    Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: July 19, 2006.

    FOR THE COURT:

                                         s/ Jeanne E. Scott
                                               JEANNE E. SCOTT
                               UNITED STATES DISTRICT JUDGE